# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE FERNANDO WORTHAM, | ) | NO. ED CV 12-0038 R (FMO) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| J. GONZALEZ, et al., | ) | |
| Defendants. | ) | |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 17, 2012.

                                                      MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE